**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 21, 2025<br>Docket #: 25-512<br>Short Title: Adstra, LLC v. Kinesso, LLC | DC Docket #: 1:24-cv-2639<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Lewis Liman |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-2129.