## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Adstra, LLC v. Kinesso, LLC                                                   Docket No.: 25-512(L); 25-1226

Lead Counsel of Record (name/firm) or Pro se Party (name): Sharonmoyee Goswami/Cravath, Swaine & Moore LLP

Appearance for (party/designation): Adstra, LLC/Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
      Parties: _____
( ) Incorrect.   Please change the following parties' designations:
      Party                                      Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Sharonmoyee Goswami
Firm: Cravath, Swaine & Moore LLP
Address: Two Manhattan West--375 Ninth Avenue, New York, NY 10001
Telephone: 212-474-1000                              Fax: 212-474-3700
Email: sgoswami@cravath.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Sharonmoyee Goswami
Type or Print Name: Sharonmoyee Goswami
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.