# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-five.

Before:     Alison J. Nathan,
              *Circuit Judge.*

_____

Adstra, LLC,

        Plaintiff - Appellant,

   v.

Kinesso, LLC, Acxiom, LLC,

        Defendants - Appellees.

_____

**ORDER**

Docket Nos. 25-512(L), 25-1226(Con)

      Appellant moves for a 60-day extension until August 18, 2025 to file the opening brief and appendix.

      IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                       For the Court:
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

