**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: June 27, 2025
Docket #: 25-512
Short Title: Adstra, LLC v. Kinesso, LLC

DC Docket #: 1:24-cv-2639
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis Liman

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-2129.