# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-five.

| | |
|---|---|
| Adstra, LLC, | **ORDER** |
| Plaintiff - Appellant, | Docket Nos. 25-512(L), 25-1226(Con) |
| v. | |
| Kinesso, LLC, Acxiom, LLC, | |
| Defendants - Appellees. | |

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court